# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA D. WOJTOWICZ AND CLAUDIA WOJTOWICZ, h/w 1703 Coventry Pointe Lane Pottstown, Pennsylvania 19465 : : : : : **PLAINTIFFS** : : v. : : LANA K. DENCH : 5302 Glen Falls Road : Reisterstown, Maryland 21136 : : **DEFENDANT** : | CIVIL ACTION NO.: 02-3011 COMPLAINT JURY TRIAL DEMANDED |

## PRAECIPE TO DISCONTINUE AND END

TO THE CLERK:

Kindly mark the above captioned case Discontinued and Ended.

_____                                         _____
Date                                                                            Michael P. Rowan, Esquire
                                                                                         Attorney for Plaintiffs